# IN THE SUPREME COURT OF ALABAMA



December 8, 2023

**SC-2023-0455**

Ex parte The Health Care Authority for Baptist Health, an Affiliate of UAB Health System, et al. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CIVIL APPEALS (In re: The Health Care Authority for Baptist Health, an Affiliate of UAB Health System, d/b/a Baptist Medical Center South and d/b/a Baptist Medical Center East; Baptist Ventures, Inc., d/b/a Montgomery Surgical Center, LLC; Jackson Hospital & Clinic, Inc.; and Jackson Surgery Center, LLC, d/b/a Jackson Surgery Center v. State Health Planning and Development Agency and 2LR Healthcare Holdings, LLC, d/b/a Heart & Vascular Institute of Alabama) (Certificate of Need Review Board of the State Health Planning and Development Agency: AL 2020-050; Civil Appeals: CL-2022-0935).

## **CERTIFICATE OF JUDGMENT**

WHEREAS, the petition for writ of certiorari in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on December 8, 2023:

**Writ Denied. No Opinion.** Shaw, J. -- Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**